Motion for extension of time within which to file return denied. Motion to vacate notice of appeal denied. Upon court's own motion, appeal taken as of right dismissed on ground that, on this record, no substantial constitutional question has been presented.

MILTON KASHNER et al., Appellants, *v.* IDA KAPILOW, Respondent.

Argued March 1, 1955; decided April 14, 1955.

*Anthony J. Siminerio* for appellants.
*Joseph D. Stim* for respondent.

Order affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.

PAULINE L. BARON, Appellant, *v.* NATHAN SCHACHTER, Respondent.

Argued February 28, 1955; decided April 14, 1955.